United States District Court
Northern District of California

1
2
3
4
5                              UNITED STATES DISTRICT COURT

6                             NORTHERN DISTRICT OF CALIFORNIA

7

8    MICHAEL L. DAVIS,                          Case No. 21-cv-05654-DMR (PR)

                    Plaintiff,
9
         v.                                     **ORDER OF TRANSFER**
10
     USP VICTORVILLE UNIT OFFICERS,
11   et al.,

12                  Defendants.

13          Plaintiff, a federal inmate currently incarcerated at the United States Penitentiary, Atwater,

14   brings this *pro se* action under *Bivens v. Six Unknown Named Agents*, 403 U.S. 388 (1971),

15   complaining of deprivations of his civil rights.[1]  Dkt. 1.  He has also filed a completed *in forma*

16   *pauperis* application.  Dkt. 2.

17          On July 23, 2021, the Clerk of the Court informed Plaintiff that this action has been

18   assigned to the undersigned Magistrate Judge.  Dkt. 3.  Plaintiff has since consented to magistrate

19   judge jurisdiction in this action.  Dkt. 4.

20          Plaintiff's claims seem to stem from incidents that occurred in December 2019 while he

21   was incarcerated at the United States Penitentiary, Victorville ("USP Victorville"), which is in San

22   Bernardino County.  Thus, the acts complained of occurred in San Bernardino County, which lies

23   within the venue of the Eastern Division of the Central District of California, and it appears that

24   Defendants reside in that district.  Venue, therefore, properly lies in that district and not in this

25   one.  *See* 28 U.S.C. § 1391(b).

26          Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is

27          _____

28          [1] Plaintiff actually filed a form entitled "Complaint Under the Civil Rights Act, 42 U.S.C.
     § 1983," but because he is a federal prisoner, the court construes this action as being brought
     under *Bivens*.  *See* Dkt. 1.

United States District Court
Northern District of California

1    TRANSFERRED to the Eastern Division of the United States District Court for the Central

2    District of California.[2]  The Clerk shall transfer the case forthwith.

3           All pending motions are TERMINATED on this court's docket as no longer pending in

4    this district.

5           IT IS SO ORDERED.

6    Dated:  September 9, 2021

7                                                        _____

8                                                        DONNA M. RYU
                                                         United States Magistrate Judge
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

_____

28         [2] Venue transfer is a non-dispositive matter and, thus, it falls within the scope of the
     jurisdiction of the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(A).